UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW L., | Case No. 21-CV-1009 (JFD) |
| Plaintiff, | |
| v. | **ORDER GRANTING ATTORNEY'S FEES AND COSTS** |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Attorney's Fees under 28 U.S.C. § 2412(d) (Dkt. No. 29), which is unopposed by Defendant (Dkt. No. 31). Pursuant to the Equal Access to Justice Act ("EAJA"), Title 28 U.S.C. § 2412, Plaintiff seeks an award of attorney's fees in the amount of $896.82 and filing fee costs of $402.00 because the Court remanded Plaintiff's claim on November 29, 2021 (Dkt. No. 25), Judgement was entered that same day (Dkt. No. 26), and more than 60 days have passed from the entry of Judgment without any filed appeal, which makes that Judgment final. Therefore, Plaintiff, as the prevailing party in this action, requests an Order from this Court for his fees and costs because the position of the United States in this action was not substantially justified.

Finding no opposition to this Motion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees under 28 U.S.C. § 2412(d) (Dkt. No. 29) is

**GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $896.82 and filing fee costs of $402.00 as authorized by 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 25, 2022  　　　　　　　　　　 *s/ John F. Docherty*
　　　　　　　　　　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge